# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAN LU,** | : | **CIVIL ACTION NO. 3:16-CV-2028** |
| **A# 070-903-730,** | : | |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| | : | |
| **CRAIG A. LOWE,** *et al.*, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 24th day of January 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1) and Petitioner's pending motions (Docs. 9, 12), and in accordance with this Court's Memorandum of this date, it is hereby ORDERED that:

1. The Motion (Doc. 12) to Expedite Decision is GRANTED.

2. The Motion (Doc. 9) for a Preliminary Injunction is DENIED.

3. The petition for writ of habeas corpus is DISMISSED without prejudice.

4. The Clerk or Court is directed to CLOSE this case.

                                                   **BY THE COURT:**

                                                   **s/James M. Munley**
                                                   **JUDGE JAMES M. MUNLEY**
                                                   **United States District Court**